# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-619
LT Case No. 2021-10931-CIDL

_____

VACATION RENTAL HOME
ALLIANCE OF VOLUSIA AND
STEVEN MURRAY,

     Appellants,

     v.

VOLUSIA COUNTY, FLORIDA,

     Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Kathryn D. Weston, Judge.

RoseMarie Feller, of Feller Law, P.A., Lake Mary, for Appellants.

W. Kevin Bledsoe, Deputy County Attorney,
DeLand, for Appellee.


September 5, 2023


PER CURIAM.

     AFFIRMED.


MAKAR, JAY, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____